Kay HOLLINGER; Richard Llewelyn Jones; Edward E. Nissen; Judy D'Arcy; K–Judy, Ltd., Plaintiffs–Appellants,

v.

TITAN CAPITAL CORP.; Painter Financial Group, Ltd., Defendants–Appellees.

No. 87–3837.

United States Court of Appeals, Ninth Circuit.

Jan. 9, 1990.

Before GOODWIN, Chief Judge, and BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, and RYMER, Circuit Judges.

ORDER

The three judge panel assignment is withdrawn.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

In re ROBINSON BROTHERS DRILLING, INC., and Robinson Brothers Drilling Company, Debtors.

MANUFACTURERS HANOVER LEASING CORP.; Halliburton Company; Gray Tool Company; and Ponder Fishing Tools, Inc., Defendants–Appellants,

v.

Harold G. LOWREY, Chapter 11 Trustee, for the Estate of the Debtors, Plaintiff–Appellee.

No. 88–2982.

United States Court of Appeals, Tenth Circuit.

Nov. 9, 1989.

Theodore Gewertz (Lawrence P. King, of Wachtell, Lipton, Rosen & Katz, New York City; James Vogt, Norman E. Reynolds, and V. Burns Hargis, of Reynolds, Ridings & Hargis, Oklahoma City, Okl., Richard Gerard, of Mfrs. Hanover Leasing Corp., New York City, Robert N. Sheets, of Phillips, McFall, McVay, Sheets, Juras & Lovelace, Doneen Douglas Jones, of Fellers, Snider, Blankenship, Bailey & Tippens, and Bruce Kerr, of Mahaffey & Gore, Oklahoma City, Okl., with him on the brief), of Wachtell, Lipton, Rosen & Katz, New York City, for defendants-appellants.

Gary L. Morrissey of Kenan & Peterson, Oklahoma City, Okl., for plaintiff-appellee.

John J. Gill, General Counsel, and Michael F. Crotty, Associate General Counsel, of the American Bankers Ass'n, Washington, D.C., amicus curiae.

Before TACHA, BARRETT, and BRORBY, Circuit Judges.

PER CURIAM.

We affirm the judgment of the district court below and adopt its opinion, which is published at 97 B.R. 77.